# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH HAROLD MUECK AVALON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:21-cv-02051-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis* (Docket No. 1), and has submitted a Complaint (Docket No. 1-1).

## I.   Application to Proceed *In Forma Pauperis*

Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 1. The application has sufficiently shown an inability to prepay fees and costs or give security for them. Accordingly, the application to proceed *in forma pauperis* will be granted pursuant to § 1915. The Court will now review Plaintiff's complaint.

## II.   Screening the Complaint

When a party seeks permission to pursue a civil case *in forma pauperis*, courts will screen the complaint. *See* 28 U.S.C. § 1915(e). However, papers filed with the Court must first comply with the Court's formatting guidelines. *See* Local Rule IA 10-1(a). Compliance with the Court's local filing guidelines is required for the Court to consider the underlying pleading. The complaint fails to comply with these requirements. *See* Docket No. 1-1; Local Rule IA 10-1(a)(1).

. . . .

. . . .

### III. Conclusion

Accordingly, the Court hereby **ORDERS** as follows:

1. Plaintiff's request to proceed *in forma pauperis* is **GRANTED** with the caveat that the fees shall be paid if recovery is made. At this time, Plaintiff shall not be required to pre-pay the filing fee.

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. The Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3. The complaint is **DISMISSED** without prejudice for violating Local Rule IA 10-1(a)(1). Plaintiff must file his amended complaint in compliance with the Court's Local Rules no later than **November 30, 2021**.

IT IS SO ORDERED.

Dated: November 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge