1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                                    **DISTRICT OF NEVADA**

7

8    JOSEPH AVALON,                                Case No. 2:21-cv-02051-NJK

9         Plaintiff,                                          **ORDER**

10   v.                                                   [Docket No.13]

11   KILOLO KIJAKAZI,

12        Defendant.

13        Pending before the Court is the Commissioner's motion for an extension of time to provide

14   the Court with a paper copy of the Certified Administrative Record.  Docket No. 13.  The Court

15   **GRANTS** the Commissioner's motion and **ORDERS** the Commissioner to provide a paper copy

16   of the Certified Administrative Record to the Court no later than April 1, 2022.  The deadline for

17   the Commissioner to file an answer accompanied by the electronic Certified Administrative

18   Record remains January 31, 2022.  Given the importance of the paper copy of the Certified

19   Administrative Record to the just and speedy adjudication of the matter before the Court, **NO**

20   **FURTHER EXTENSIONS WILL BE GRANTED.**

21        IT IS SO ORDERED.

22        Dated: January 24, 2022

23                                                        _____

24                                                        Nancy J. Koppe
                                                          United States Magistrate Judge

25

26

27

28

                                                      1